**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juanita SANCHEZ DE GOMEZ, also known as Juanita Sanchez Gomez, Defendant–Appellant.**

**No. 05–40610. Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided April 12, 2006.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Bernard John Shealy, Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juanita Sanchez De Gomez has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sanchez De Gomez has not filed a response.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED. Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under